UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| PRABHUDAS GORDHANDAS RAITHATHA | : | DOCKET NO. 2:09-cv-12 SEC P |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| MICHAEL B. MUKASEY, ET AL. | : | MAGISTRATE JUDGE KAY |

## ORDER

Prabhudas Raithatha filed a *habeas corpus* petition in the above-captioned matter on January 6, 2009. Doc. 1. On June 19, 2009, the government filed a Motion to Dismiss [Doc. 21], representing to the court that on June 16, 2009, Mr. Raithatha was released from custody on an order of supervision pending removal.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, Mr. Raithatha, through his attorney, shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22nd day of June, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE